## STATEMENT OF FACTS

In August 2015, Detective Timothy Palchak, the undersigned affiant, was acting in an undercover capacity as part of the Federal Bureau of Investigation ("FBI") Child Exploitation Task Force.  Acting as an undercover officer ("UC"), the undersigned affiant posted an online advertisement in a predicated area of the online website for classified advertisements, which, based on your affiant's experience and information gathered from other sources, is an area of the website that is frequented by individuals who have a sexual interest in children and incest. The advertisement was intended to attract individuals with a sexual interest in children through the use of adjectives such as "taboo."

On August 20, 2015, an individual, subsequently identified as Terry Albright (ALBRIGHT) responded to your affiant's post, stating that he was a "perv dad."  During this email exchange, ALBRIGHT stated that he has a 13-year-old daughter and that he had set up peep-holes in his bathroom in Baltimore to spy on her naked.  Your affiant told ALBRIGHT that your affiant had a purported 9-year-old daughter.

Your affiant and ALBRIGHT subsequently moved the conversation to KIK, which is a free texting application for mobile devices.  ALBRIGHT's KIK username was tbonebalt2012 and his KIK profile picture was of the lower portion of his face.  ALBRIGHT sent your affiant an image of his 13-year-old daughter at Disney, and then a pair of his daughter's pink underwear and bra.  ALBRIGHT stated that he has "stood over" his daughter and "played with myself."  Your affiant and ALBRIGHT then engaged in the following conversation:

| | |
|---|---|
| ALBRIGHT: | Is your attraction to her because she is a little girl or because she is your daughter. |
| UC: | Both what about for you |
| ALBRIGHT: | At first it was as a young girl but watching a lot of incest porn lately and now as a daughter also.  Her boobs are starting to round out nicely, I love watching them through peephole…I just want to suck on them so badly. |

On August 24, 2015, your affiant asked ALBRIGHT if he had gotten any "spy pics" of ALBRIGHT's daughter, and in response, ALBRIGHT texted your affiant a dark image of a girl on a sofa, naked from the waist down, and the image is zoomed in on her upper thighs.  ALBRIGHT explained that this was an image of his daughter "[s]leeping on couch other night…[d]efinitely made me horny." This was the last communication between your affiant and ALBRIGHT until June 6, 2016, when your affiant responded to a post on Craigslist with post ID 5594925494, entitled "Daddy Incest- m4mw (Baltimore)."  The body of the post was the following:

I am a biwm seeking a daddy who has a daughter/son as his play toy and would like to share his experience with me.  I enjoy hearing about the special attraction between two individuals.  What I would ultimately like is that we meet and I can either watch or have the privilege of joining in, up to you to allow, but is not necessary.  Nothing will freak me out, the kinkier more taboo the relationship the more I will enjoy.  Please get in touch, so we can chat.

Your affiant responded to this post without knowing that the post was created by ALBRIGHT.  Your affiant emailed ALBRIGHT "perv dad here with daughter," and ALBRIGHT emailed back, using email account tbonebalt1971@gmail.com.  ALBRIGHT responded that your affiant should tell him about your affiant's daughter and "situation." ALBRIGHT emailed that he is in "Baltimore," his KIK username is tbonebalt2012, and that he was "fine with all ages."  Upon your affiant sending ALBRIGHT a message on KIK, your affiant realized that it was the same individual who had previously responded to your affiant's post in August 2015, and whom your affiant had previously been communicating with.

Thereafter, your affiant and ALBRIGHT continued to communicate over KIK.  Your affiant told ALBRIGHT that he had a purported 10-year-old daughter, and ALBRIGHT stated that 10 years old was a "great age, right in my favorite age range."  ALBRIGHT asked your affiant to send a picture of your affiant's purported 10-year-old daughter, and inquired of what sexual acts your affiant has engaged in with the purported child.  Your affiant asked ALBRIGHT if ALBRIGHT had any "special" pictures to send, and in response, ALBRIGHT stated that he had "a couple that someone sent me…butt and pussy."

On June 6, 2016, ALBRIGHT texted your affiant several images of a child under the age of 10 years old while your affiant was in Washington, D.C.  Two of these images focused on the child's bare genitalia.  A third image was of an adult male holding his penis against the child's bare buttocks.  A fourth image was of a child bent over with an adult finger spreading open her anus so that both her anus and genitalia are visible and the focal point of the image.  A fifth image was of a child bent over with her buttocks exposed, bound by handcuffs to the rear of her body.  Your affiant also sent ALBRIGHT an image of your affiant's purported 10-year-old daughter (note that the image was not of a real child).  In response, ALBRIGHT responded, "[v]ery nice."  Additionally, on June 10, 2016, ALBRIGHT texted your affiant more images of the same child, to include several images of the child wearing nylons and exposing her bare buttocks, five images that focus on the child's bare genitalia, and one image of a finger pressing open the child's anus.

ALBRIGHT subsequently explained that he received the above mentioned images of child pornography from "someone else who responded to ad" but who was no longer actively communicating with ALBRIGHT.  ALBRIGHT subsequently expressed disappointment that the individual had stopped communicating with him, because the child "was cute, definitely would have been into playing with her as well."

ALBRIGHT asked your affiant if your affiant has "ever thought about or have you shared her with others," and inquired as to whether he could "build the trust" so that it "works out." ALBRIGHT stated that he has a 14-year-old daughter, which is consistent with ALBRIGHT stating to your affiant a year earlier that his daughter was 13 years old.  Thereafter, ALBRIGHT sent two images of his 14-year-old daughter that appeared to have been taken without her knowledge: an image of his daughter's cleavage, and an image of his daughter lying in bed wearing yoga clothing with her back facing the camera.

Due to the images of child pornography that ALBRIGHT had distributed to your affiant, and his willingness to travel and engage in sexual acts with your affiant's purported 10-year-old

daughter, on or about June 6, 2016, your affiant sent ALBRIGHT's KIK username and email account of tbonebalt1971@gmail.com to a Federal Bureau of Investigation (FBI), Intelligence Analyst, so that ALBRIGHT could be identified.  Thereafter, your affiant learned from the FBI Intelligence Analyst that ALBRIGHT was also actively communicating with another undercover officer from the Fairfax County Police Department (Virginia), and that ALBRIGHT had specific plans to travel to Washington, D.C. for purposes of engaging in sexual acts with that undercover officer's purported 5-year-old child.

Your affiant contacted the undercover officer with the Fairfax County Police Department and learned of the following information pertinent to ALBRIGHT's plans to travel.

In May 2016, while operating in an undercover capacity, an officer with the Fairfax County Police Department also responded to a posting by ALBRIGHT on Craigslist with post ID 5512767432, titled "Taboo Parent (Maryland)."  The body of the advertisement stated the following:

Looking for the parent that has a special bond with their son or daughter.  I want to hear your stories of incest.  I want to know what lead to that special connection, as well as what types of things you do together.  I would love for you to "share" the experience with me but if you only want to tell me about them, that is cool.  Age is no concern, older is fine, younger is better.  Please get in touch.

On May 9, 2016, the Fairfax County Police Department's UC (FCPD UC) responded to the posting, stating "you looking for real or just rp and fantasy?  I am real father of 2 young ones…let me know."  On that same day, ALBRIGHT responded, stating, "Definitely looking for real.  Tell me about your two and experience, thanks."

Thereafter, the FCPD UC and ALBRIGHT continued to communicate via Craigslist email.  The FCPD UC told ALBRIGHT that he had a purported daughter who was 5-years-old and a son who was 7-years-old.  The FCPD UC stated that he was "active" with his purported 5-year-old daughter but not his purported son.  ALBRIGHT replied, "I am bi, so willing to explore both sexes."  The FCPD UC asked ALBRIGHT what he would want to do with the UC's purported children, and ALBRIGHT stated, "would like to start off with oral sex with both and progress from there if everybody is willing and comfortable."

On May 10, 2016, ALBRIGHT gave the FCPD UC his email address, tbonebalt1971@gmail.com, which is the same email address that ALBRIGHT used to communicate with your affiant in June 2016.  The conversation then continued over ALBRIGHT's personal email.  On May 10 and May 11, 2016, ALBRIGHT sent two "selfie" photographs of himself to the FCPD UC, and these photographs are consistent with the KIK profile picture associated with username tbonebalt2012, whom your affiant had been communicating with.

On May 24, 2016, ALBRIGHT continued his discussion with the FCPD UC, stating the following:

I'm thinking that if this may be more than a one time thing, that maybe I can watch the two of you and then either I can join in or take over, which ever makes the situation better. But I would like to mainly go with licking and sucking the first time, then progress from there.

The FCPD UC and ALBRIGHT discussed meeting in person to confirm that neither were law enforcement and that this was "real." A meeting was arranged between the FCPD UC and ALBRIGHT for June 2, 2016 in Washington, D.C. At approximately 3:00pm on June 2, 2016, ALBRIGHT arrived at the pre-arranged location. ALBRIGHT matched the photographs that he had sent to the FCPD UC earlier over email, and was consistent with the KIK profile picture associated with username tbonebalt2012. During the fifteen minute conversation between ALBRIGHT and the FCPD UC, ALBRIGHT confirmed that he drove from Baltimore, Maryland for the meet. He stated that he wished to have oral sex with the FCPD UC's purported 5-year-old daughter. He stated that he uses TOR to look at child pornography, but does not download or save any of the images. He also stated that he began to have sexual intercourse with his sister when he was twelve years old and she was eight years old. The FCPD UC and ALBRIGHT discussed meeting at a hotel in Washington, D.C. with the FCPD UC's purported 5-year-old daughter so that ALBRIGHT could both perform and have oral sex with her, and they discussed ALBRIGHT paying the FCPD UC $100 to help contribute to the hotel room and bringing a toy for the purported child.

After the in person meeting, the FCPD UC and ALBRIGHT continued to communicate via ALBRIGHT's personal email. ALBRIGHT stated that he was really excited to meet the FDPD UC's purported 5-year-old daughter and thereafter arranged to travel to Washington, D.C. from Maryland on June 15, 2016 for the purpose of engaging in sexual acts with her.

On June 12, 2016, ALBRIGHT stated the following in response to what ALBRIGHT intended to do with the FCPD UC's purported 5-year-old daughter:

I'd like to play with her, lick her, maybe finger her, and rub my cock on her. I know you said you haven't penetrated her so that's probably not an option but would like to have her suck me and put the tip near her pussy. Does she swallow if I cum in my mouth or do I need to cum on her? I'm not sure if you are comfortable with this but I really would love to see her sucking/playing with two cocks at the same time, maybe towards the end, it could lead to me leaving and you getting some play time. Just my ultimate fantasy. I would like some alone time with her if possible[…]

On June 13, 2016, ALBRIGHT provided the FCPD UC with his KIK username: tbonebalt2012, which is the same KIK username that ALBRIGHT used to communicate with your affiant in both August 2015 and June 2016. FCPD UC asked if ALBRIGHT had any images to share, and ALBRIGHT stated that he would send them when he left work. Later that day, ALBRIGHT sent the FCPD UC seven images of a pre-pubescent female while the FCPD UC was in Virginia. ALBRIGHT similarly told the FCPD UC that these images were received from another person that ALBRIGHT was communicating with who had replied to an "ad" that ALBRIGHT had placed, and were images of this individual's daughter. The specific images that were child pornography included an image of the child, nude from the waist down, with her

genitalia exposed, and an image of the same child wearing underwear pulled down to expose her genitalia.

On June 15, 2016, ALBRIGHT traveled from Maryland to the pre-determined meet location at approximately 4:15pm.  Your affiant was on site and observed ALBRIGHT approach the FCPD UC.  ALBRIGHT and the FCPD UC had a brief conversation, during which ALBRIGHT reiterated that he wanted to perform several sexual acts on the FCPD UC's purported 5-year-old daughter, and that he brought $100 to help pay for the hotel room.  ALBRIGHT brought with him a Disney shopping bag that contained Frozen dolls and toys for the purported child.  ALBRIGHT was arrested by members of the Child Exploitation Task Force as he and the FCPD UC were walking towards the hotel entrance to go meet with the FCPD UC's purported 5-year-old child.  During a search incident to arrest, a cell phone was recovered from ALBRIGHT's person.  In his vehicle, investigators found a receipt from the Disney Store in Baltimore, Maryland, dated June 14, 2016, for the items ALBRIGHT had with him in the Disney bag.

ALBRIGHT waived his rights and was interviewed by FBI Agent Elizabeth Farrell and Sergeant Al Batton.  The undersigned affiant spoke directly with these investigators about ALBRIGHT's post arrest statements, which are described below. ALBRIGHT admitting to traveling from Maryland to Washington, D.C. for purposes of engaging in sexual acts with the FCPD UC's purported 5-year-old child.  He admitted that he brought toys and money for the child.  Further, he admitted that he had sent images of child pornography to the FCPD UC, as well as other individuals, and that he received images of child pornography from other individuals who communicated with him over Craigslist.

On June 16, 2016, members of the FBI Child Exploitation Task Force executed a search warrant on ALBRIGHT's home in Rosedale, Maryland.  Located above the bathroom door knob was a small hole that could be used as "peep-hole" to view inside the bathroom.

Notably, on May 11, 2016, an administrative subpoena was sent to Google, Inc. for the subscriber information related to the email address ALBRIGHT provided to the FCPD UC, tbonebalt1971@gmail.com.  The user of the email came back to "Terry Albright." On May 26, 2016, an administrative subpoena was sent to Comcast for the Internet Protocol (IP) address associated with tbonebalt1971@gmail.com.  Comcast responded stating the account returned to Tammy Albright.  Using law enforcement investigative resources, it was learned that Tammy Albright is married to Terry ALBRIGHT.  On June 10, 2016, an administrative subpoena was sent to KIK for any information related to the KIK username tbonebalt2012.  KIK identified the email address of tbonebalt1971@gmail.com as associated with the KIK username tbonebalt2012. On June 13, 2016, an administrative subpoena was sent to Comcast for the Internet Protocol (IP) address used to access both the KIK account and email account.  Comcast responded stating that the IP resolved back to Tammy Albright of Rosedale, Maryland. This IP address was used to communicate with the UCs on May 4, 2016, May 17, 2016, and June 3, 2016.

Subscribed and sworn to before me this _____ day of June, 2016.

_____          _____
DETECTIVE TIMOTHY PALCHAK                                    UNITED STATES MAGISTRATE JUDGE
METROPOLITAN POLICE DEPARTMENT